IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAHFIN SMITH, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 12-CV-68 |
| | : | |
| COMM. MONTGOMERY COUNTY, K.M. VALENTINE, ET AL | : | |
| | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 5th day of March, 2012, upon consideration of Petitioner's "Emergency Writ/Removal from County to Fed. Court" and petition for *habeas corpus* relief (Document No. 1, filed January 6, 2012, for the reasons set forth in the attached Memorandum, **IT IS ORDERED**, as follows:

1. Petitioner's Emergency Writ/Removal from County to Fed. Court is **DENIED**;

2. Petitioner's petition for *habeas corpus* relief is **DISMISSED**;

3. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's procedural rulings with respect to petitioner's claims. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and,

4. The Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

_____
JAN E. DUBOIS, J.